IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LARKIN DERKS,**

     **Plaintiff,**

v.                                                  Case No. 5:15cv51-MW/GRJ

**CORIZON LLC, et al.,**

     **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 56. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendants' motion for summary judgment, ECF No. 42, is **DENIED without prejudice** pursuant to Fed. R. Civ. P. 56(d)(1). This case is remanded to the Magistrate Judge for further proceedings, including designation of counsel from the District Volunteer Lawyers' Project to represent Plaintiff.

**SO ORDERED on September 15, 2016.**

                                                s/Mark E. Walker           
                                                **United States District Judge**